IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN DESJUAN BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-14-0763-C |
| ) | |
| MR. SAM TELL, Lawyer; ) | |
| BOBBIE JOE WOOLF; MISS ) | |
| DONNA HUMES; DUSTIN WALKER; ) | |
| MS. B. WALDEN, OCPD; MR. MARC ) | |
| WOODWARD, Fire Marshall; ) | |
| MR. MIKE GIBSON, Police Officer; ) | |
| MAJOR DOOLITTLE, Police Officer; ) | |
| MAJOR DALLAS, Police Officer; and ) | |
| MRS. RHONDA HALL, Clerk, ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on August 28, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the civil rights complaint is dismissed. All pending motions, affidavits, and/or other pleadings are stricken as MOOT.

IT IS SO ORDERED this 25th day of September, 2014.

ROBIN J. CAUTHRON
United States District Judge